March 27, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

BROWN MEDICAL CENTER, INC. F/K/A SURGEON'S MANAGEMENT, INC. AND BHCF, LLC A/K/A BHCF, INC., Appellants

NO. 14-12-00244-CV            V.

STEPHEN BARRETT, STEPHEN BARRETT DPM, PA; STEPHEN BARRETT DPM, AUSTIN, PA; STEPHEN BARRETT DPM, DFW, PA; STEPHEN BARRETT DPM, SAN ANTONIO, PA; BARRETT FOOT & ANKLE, P.C., PETER BREGMAN, CHARLES SINGLETON, GARY L. CRAMER, and PAUL V. LEDESMA, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on March 7, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by BROWN MEDICAL CENTER, INC. F/K/A SURGEON'S MANAGEMENT, INC. AND BHCF, LLC A/K/A BHCF, INC, jointly and severally.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.